UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**Sealed**

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| V. | ) CAUSE NO. 2:18-mj-00009-CMM |
| LEVI MACKENZIE BRENTON, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(d)(3) Selling/Giving a Firearm to an Unlawful Drug User | 0-10 | $250,000 | NMT 3 Years |
| 2 | 18 U.S.C. § 922(g)(3) Possession of a Firearm by an Unlawful Drug User | 0-10 | $250,000 | NMT 3 Years |
| 3 | 18 U.S.C. § 922(a)(6) Conspiracy to Provide False Statement During Purchase of a Firearm | 0-10 | $250,000 | NMT 3 Years |

Dated: _____    _____
LEVI MACKENZIE BRENTON
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana